JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. RIST, individually and as surviving spouse; CEIARA RIST, individually and as surviving child; STORMI RIST, individually and as surviving child; SUMMER RIST, individually and as surviving child; and as successors-in-interest to Decedent JEANNIE RIST, <br><br>             Plaintiffs, <br><br>     v. <br><br>WALMART INC.; FLORA CLASSIQUE, INC.; MEREDITH CORP.; RAMESH FLOWERS PRIVATE LTD., and MEREDITH OPERATIONS CORPORATION, <br><br>             Defendants. | Case No. 5:23-cv-01689-JWH-DTBx <br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 85] entered on or about August 26, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE